# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

STUART A. KRAUSE
(212) 826-5305
akrause@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2007

June 22, 2007

**BY FACSIMILE**

The Honorable Paul A. Crotty
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Facsimile No.: (212) 805-6304

*[handwritten annotation:]* accepted cases assigned to Judge Marrero and Judge Jones as well as 2 unassigned cases 07 Civ 5460 and 07 Civ 5461 so that all Dana Bankruptcy related cases will be before a single judge

*[handwritten:]* June 25, 2007
**Application GRANTED**
**SO Ordered**
*[signature]* Paul Crotty
USDJ.

Toyota Tsusho America, Inc., Appellants v. Dana Corporation, Appellee,
**Case No. 07-4837**

Dear Judge Crotty:

This firm is counsel to Toyota Tsusho America, Inc. ("TAI") in the above-captioned appeal of a Bankruptcy Court order. We submit this letter on behalf of TAI in compliance with Sections 1.A and 1.E of Your Honor's Individual Practices and request that it serve as an application to extend the time for TAI to file its appellant brief in the current proceeding, until resolution is reached upon the appellee Dana Corporation's ("Dana") applications to reassign bankruptcy appeals from the Honorable Victor Marrero and the Honorable Barbara Jones to Your Honor as related matters to the current proceeding.

The current proceeding is an appeal of the Honorable Burton R. Lifland, United States Bankruptcy Judge's April 25, 2007 Order Valuing Reclamation Claims Filed in the Debtors Chapter 11 Cases at Zero (the "Order"). On June 7, 2007, TAI's notice of appeal from the Bankruptcy Court to the Southern District of New York was filed with this Court and the current proceeding was commenced. This Court's docket states that TAI's appellate brief was due on June 25, 2007.

On June 20, 2007, we received letters from Dana's counsel to the Honorable Victor Marrero and the Honorable Barbara Jones (attached), which request that Judge Marrero and Judge Jones reassign several proceedings that appeal the same Order from the Bankruptcy Court to Your Honor. TAI is not opposing Dana's applications. In

**MEMO ENDORSED**

ZEICHNER ELLMAN & KRAUSE LLP

The Honorable Paul A. Crotty
United States District Court Judge
June 22, 2007
Page 2

addition, we received letters from counsel to appellants Timken Company, Timken U.S. Corp., Toyotetsu America, Inc. and Toyotetsu Mid America, LLC, which also have no objection to Dana's applications if all the appeals of the Order are transferred to Your Honor.

      As these applications are still pending, we request that this Court extend the time for TAI to file its appellate brief until after Dana's current applications are resolved so that a consolidated briefing schedule may be set forth for all appellants. This is the first time that TAI has requested an extension of time in the above-captioned proceeding. Moreover, we have spoken with Dana's counsel and counsel to the above-referenced appellants, which have consented to such an extension and agree that a consolidated briefing schedule for appeals of the Order are in the best interests of all parties.

Respectfully submitted,

Stuart A. Krause

SAK:cla
Attachment

cc: James M. Sullivan, Esq. (by facsimile w/attachment)
    Mark T. Power, Esq. (by facsimile w/attachment)
    Benjamin D. Feder, Esq. (by facsimile w/attachment)
    Robert Beau Leonard, Esq. (by facsimile w/attachment)
    Robert J. Feinstein, Esq. (by facsimile w/attachment)



**PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

web: www.pszyjw.com

Robert J. Feinstein                June 20, 2007                rfeinstein@pszyjw.com
                                                                 212-561-7710

**BY HAND**

The Honorable Barbara S. Jones
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

    Re:    <u>Parker-Hannifin Corporation, Appellant v.</u>
            <u>Dana Corporation, Appellee, Case No. 07-5660</u>

Dear Judge Jones:

        This firm is counsel to appellee Dana Corporation ("Dana") in the above-captioned appeal of a Bankruptcy Court order. We submit this letter on behalf of Dana in compliance with Section 1.A of Your Honor's Individual Practices and request that it serve as an application, on notice to opposing counsel, pursuant to Rule 15 of the Southern District of New York's Rules for the Division of Business Among District Judges (the "Rules for Division"), to transfer the above-captioned bankruptcy appeal, which was assigned to Your Honor on June 14, 2007, to the Honorable Kevin Crotty, to whom, on June 7, 2007, an appeal of the same order by another party was assigned. The appeal currently pending before Judge Crotty is captioned <u>Toyota Tsusho America, Inc., Appellant v. Dana Corporation, et al., Appellee</u>, Case No. 07-4837.

**Background**

        On April 25, 2007, the Honorable Burton R. Lifland, United States Bankruptcy Judge, entered an Order Valuing Reclamation Claims Filed in the Debtors Chapter 11 Cases at Zero (the "Order"). Thereafter, Notices of Appeal of the Order were filed on behalf of the following entities:

- Toyota Tsusho America Inc. ("TAI");

DOCS_NY:12742.1

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Barbara S. Jones
June 20, 2007
Page 2

- Hydro Aluminum Precision Tubing North America, LLC ("Hydro Aluminum");

- Emhart Teknologies, Inc. ("Emhart");

- Parker-Hannifin Corporation ("Parker-Hannifin");

- The Timken Corporation, Toyotetsu America, Inc. and Toyotetsu Mid America LLC (collectively, "Timken and Toyotetsu"); and

- Berlin Metals LLC ("Berlin Metals").

As noted above, the TAI appeal has already been docketed and assigned to Judge Crotty. The Civil Cover Sheet for the Hydro Aluminum (Case No. 07-5460) appeal and the Emhart (Case No. 07-

and as of this date, the Berlin Metals appeal remains undocketed.

**The Instant Appeal Is Related To
the TAJ Appeal Pending Before Judge Crotty**

Rule 15(c) of the Rules for Division provides that "[a]ny party believing the case to be related may apply on notice in writing to the judge assigned in its case for transfer to the judge having the related case with the lowest docket number." Rule 15(a) provides the criteria to be used to determine relatedness:

> [A] civil case will be deemed related
> to one or more other civil cases and
> will be transferred for consolidation or
> coordinated pretrial proceedings when
> the interests of justice and efficiency

---

[1] Simultaneously with the submission of this letter, we are submitting a similar letter to Judge Marrero seeking the transfer of the Timken and Toyotetsu appeal to Judge Crotty as well.

DOCS_NY:12742.1



PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Barbara S. Jones
June 20, 2007
Page 3

will be served. In determining relatedness, a judge will consider whether (i) a substantial saving of judicial resources would result; or (ii) the just efficient and economical conduct of the litigations would be advanced; or (iii) the convenience of the parties or the witnesses would be served.

Here, several appeals of the identical Order of the Bankruptcy Court have been assigned to different District Court Judges. The interests of justice and efficiency will clearly be served if all of the appeals of the Order are assigned to the same judge. This will conserve judicial resources, relieve the Court of conducting duplicative proceedings and will allow for uniform decisions. For all the foregoing reasons, we respectfully request that the above captioned appeal be transferred to Judge Crotty.

Respectfully submitted,

Robert J. Feinstein

cc (all by telecopier):
    Benjamin D. Feder, Esq., Counsel for Appellant Parker-Hannifin
    Stuart A. Krause, Esq., Counsel for TAI
    Mark T. Power, Esq., Counsel for Hydro Aluminum and Emhart
    James M. Sullivan, Esq., Counsel for Timken and Toyotetsu
    Robert Beau Leonard, Esq. Counsel for Berlin Metals



## PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszyjw.com

Robert J. Feinstein                June 20, 2007                rfeinstein@pszyjw.com
                                                                212-561-7710

**BY HAND**

The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street, Suite 600
New York, New York 10007

      Re:    **The Timken Company, et al., Appellants v.**
              **Dana Corporation, Appellee. Case No. 07-5659**

Dear Judge Marrero:

      This firm is counsel to appellee Dana Corporation ("Dana") in the above-captioned appeal of a Bankruptcy Court order. We submit this letter on behalf of Dana in compliance with Section I.A of Your Honor's Individual Practices and request that it serve as an application, on notice to opposing counsel, pursuant to Rule 15 of the Southern District of New York's Rules for the Division of Business Among District Judges (the "Rules for Division"), to transfer the above-captioned bankruptcy appeal, which was assigned to Your Honor on June 14, 2007, to the Honorable Kevin Crotty, to whom, on June 7, 2007, an appeal of the same order by another party was assigned. The appeal currently pending before Judge Crotty is captioned **Toyota Tsusho America, Inc., Appellant v. Dana Corporation, et al., Appellee,** Case No. 07-4837.

**Background**

      On April 25, 2007, the Honorable Burton R. Lifland, United States Bankruptcy Judge, entered an Order Valuing Reclamation Claims Filed in the Debtors Chapter 11 Cases at Zero (the "Order"). Thereafter, Notices of Appeal of the Order were filed on behalf of the following entities:

- Toyota Tsusho America Inc. ("TAI");

DOCS_NY:12727.1

**PACHULSKI**
**STANG**
**ZIEHL**
**YOUNG**
**JONES**
**WEINTRAUB**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Victor Marrero
June 20, 2007
Page 2

- Hydro Aluminum Precision Tubing North America, LLC ("Hydro Aluminum");

- Emhart Teknologies, Inc. ("Emhart");

- Parker-Hannifin Corporation ("Parker-Hannifin");

- The Timken Corporation, Toyotetsu America, Inc. and Toyotetsu Mid America LLC (collectively, "Timken and Toyotetsu"); and

- Berlin Metals LLC ("Berlin Metals").

As noted above, the TAI appeal has already been docketed and assigned to Judge Crotty. The Civil Cover Sheet for the Hydro Aluminum (Case No. 07-5460) appeal and the Emhart (Case No. 07-5461) appeal each identified those respective actions as related to the TAI appeal pending before Judge Crotty. Those actions have both been referred to Judge Crotty as "possibly related," and his determination of relatedness is pending. The Parker Hannifin appeal (Case No. 07-5660) was assigned to Judge Barbara Jones,[1] and as of this date, the Berlin Metals appeal remains undocketed.

**The Instant Appeal Is Related To**
**the TAI Appeal Pending Before Judge Crotty**

Rule 15(c) of the Rules for Division provides that "[a]ny party believing the case to be related may apply on notice in writing to the judge assigned in its case for transfer to the judge having the related case with the lowest docket number." Rule 15(a) provides the criteria to be used to determine relatedness:

> [A] civil case will be deemed related
> to one or more other civil cases and
> will be transferred for consolidation or
> coordinated pretrial proceedings when
> the interests of justice and efficiency

---

[1] Simultaneously with the submission of this letter, we are submitting a similar letter to Judge Jones seeking the transfer of the Parker-Hannifin appeal to Judge Crotty as well.

DOCS_NY:12727.1

**PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Victor Marrero
June 20, 2007
Page 3

will be served. In determining relatedness, a judge will consider whether (i) a substantial saving of judicial resources would result; or (ii) the just efficient and economical conduct of the litigations would be advanced; or (iii) the convenience of the parties or the witnesses would be served.

Here, several appeals of the identical Order of the Bankruptcy Court have been assigned to different District Court Judges. The interests of justice and efficiency will clearly be served if all of the appeals of the Order are assigned to the same judge. This will conserve judicial resources, relieve the Court of conducting duplicative proceedings and will allow for uniform decisions. For all the foregoing reasons, we respectfully request that the above captioned appeal be transferred to Judge Crotty.

Respectfully submitted,

Robert J. Feinstein

cc (all by telecopier):
James M. Sullivan, Esq., Counsel for Appellants Timken and Toyotetsu
Stuart A. Krause, Esq., Counsel for TAI
Mark T. Power, Esq., Counsel for Hydro Aluminum and Emhart
Benjamin D. Feder, Esq., Counsel for Parker-Hannifin
Robert Beau Leonard, Esq. Counsel for Berlin Metals

DOCS_NY:12727.1