002/003

**PACHULSKI**

**STANG**

**ZIEHL**

**JONES**

Robert J. Feinstein                    October 4, 2007            rfeinstein@pszjlaw.com
                                                                    (212) 561-7710

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

**VIA TELECOPIER**

The Honorable Paul A Crotty,
United States District Judge
Southern District of New York
500 Pearl Street
Room 735
New York, New York 1007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007
```

October 9, 2007

**Application GRANTED**
**SO Ordered**

*Paul Crotty*
USDJ

        **Re:    Toyota Tsusho American, Inc. v. Dana
                Corporation, Case No. 07 Civ. 4837 (PAC); Hydro
                Aluminum Tubing North America, LLC v. Dana
                Corporation, Case No. 07 Civ. 5460 (PAC);
                Emhart Teknologies, Inc. v. Dana Corporation,
                Case No. 07 Civ. 5461(PAC); The Timken
                Corporation, Toyotetsu America, Inc. and
                Toyotetsu Mid America LLC v. Dana
                Corporation, Case No. 07 Civ. 5659 (PAC); and
                Berlin Metals LLC  v. Dana Corporation,
                Case No. 07 Civ. 5995 (PAC)**

LOS ANGELES
10100 SANTA MONICA BLVD
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500
TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
PO BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

web www.pszjlaw.com

Dear Judge Crotty:

        This firm is counsel to Dana Corporation ("Dana"), the
appellee in each of the above-captioned appeals currently pending
before Your Honor of an Order of the Honorable Burton R. Lifland,
United States Bankruptcy Judge, Valuing Reclamation Claims Filed
In the Debtors' Chapter 11 Cases at Zero.

        Pursuant to a scheduled agreed upon by the parties and
approved by Your Honor, the appellants (the "Appellants") in each
of the above-captioned appeals filed opening briefs on August 31,
2007.  In addition, pursuant to that schedule, Dana was to file its
opposition brief on October 15, 2007, and Appellants were to file
their reply briefs on November 5, 2007.

DOCS_NY 13613 1

**MEMO ENDORSED**

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Paul A Crotty,
October 4, 2007
Page 2

Because of a scheduling conflict for counsel, Dana
respectfully requests that this Court extend the briefing schedule so
that Dana's brief will be due on October 29, 2007 and Appellants'
reply briefs will be due on November 19, 2007. We have consulted
with counsel for the Appellants who have no objection to this
request.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert J. Feinstein

RJF/kgb

cc:    James M. Sullivan, Esq. (by telecopier)
       Stuart A. Krause, Esq. (by telecopier)
       Mark T. Power, Esq. (by telecopier)
       Robert Beau Leonard, Esq. (by telecopier)